NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANGIOSCORE, INC.,**
*Plaintiff-Appellee,*

v.

**TRIREME MEDICAL, LLC, EITAN KONSTANTINO, QUATTRO VASCULAR PTE LTD., QT VASCULAR LTD.,**
*Defendants-Appellants.*

---

2016-1126, -1142

---

Appeals from the United States District Court for the Northern District of California in No. 4:12-cv-03393-YGR, Judge Yvonne Gonzalez Rogers.

---

**ON MOTION**

---

Before DYK, *Circuit Judge.*

**O R D E R**

Eitan Konstantino submits a motion for a stay of enforcement of the district court's judgment, pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) We treat the motion as a notice of appeal, pursuant to Fed. R. App. P. 3(c)(1). AngioScore, Inc. is directed to respond to the motion no later than noon on November 4, 2015. Any reply from Konstantino is due within two days of the filing of the response. Enforcement of the judgment is temporarily stayed, pending this court's consideration of the motion.

(2) Appeals 2016-1126, -1142 are consolidated. The revised official caption is reflected above. The date of this order shall serve as the date of docketing of the appeals.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s8